**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/23

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *v.* | § | **Criminal No. 23~CR−00265** |
| | § | **23** |
| | § | |
| **IBRAHIM BOCOUM** | § | |

### DEFENDANT'S REQUEST FOR VIRTUAL STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant in the above-styled and numbered causes, by and through his attorney of record, and files this request for the Status Hearing presently set for Tuesday, July 11, 2023 at 1:30 p.m. to be held virtually. In support of this motion Defendant would show the following:

I.

On Monday, July 10, 2023, newly retained Defense Counsel, Monique C. Sparks, filed a Motion to Appear Pro Hac Vice in this case. Said Motion was Ordered the same day. Current appointed counsel, Jason Errol Foy, notified retained counsel that the Status Hearing has been scheduled. Due to retained counsel being in the Southern District of Texas, counsel is unable to appear in person for the Status Hearing, but is available to appear virtually if granted by this honorable Court. Defense Counsel only requests a change in the location of the hearing, but does not wish to change the date of the hearing.

WHEREFORE, Defendant prays that the Court grant the Status Hearing in this cause to be heard virtually.

Respectfully submitted,

The Sparks Law Firm, PC
1923 Blodgett St.
Houston, Texas 77004
Tel: (713) 520-7000
Fax: (713) 520-7013
eService: larhonda@thesparkslawfirm.com

*Application respectfully denied for the July 11, 2023 conference. CJA counsel Foy is expected to appear for the in person proceeding.*

SO ORDERED:
Date: **7/11/23**   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

By:/s/*Monique C. Sparks*
Monique C. Sparks
State Bar No. 24052177
SPN 02274988
monique@thesparkslawfirm.com
Attorney for Ibrahim Bocoum

**CERTIFICATE OF CONFERENCE**

This is to certify that on July 10, 2023, Monique C. Sparks conferred with current attorney of record, Jason Errol Foy who is unopposed to this Request for Virtual Status Hearing.

/s/*Monique C. Sparks*
Monique C. Sparks

**CERTIFICATE OF SERVICE**

This is to certify that on July 10, 2023, a true and correct copy of the above and foregoing document was served on Jane Chong, Assistant United States Attorney, by electronic mail to jane.chong@usdoj.gov.

/s/*Monique C. Sparks*
Monique C. Sparks