**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,      :       23 CR. 265 (RMB)
                                         :
   - against -                         :       **ORDER**
                                         :
                                         :
IBRAHIM BOCCOUM ,                        :
                                         :
                Defendant.       :
------------------------------------------------------------x

The status conference scheduled for Tuesday, September 17, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 10, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.