

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE**
33 ARCH STREET
24th FLOOR
BOSTON, MA 02110-1424
PHONE: (617) 573-8900
FACSMILE: (617)573-5940

RUA M. KELLY
TELEPHONE: (617) 573-8941
EMAIL: kellyru@sec.gov

October 10, 2024

Via ECF Filing

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

> Application Granted.
>
> SO ORDERED:
> Date: 10/10/2024
> Richard M. Berman, U.S.D.J.

    *Re:    SEC v. Gramins, et al.,* **No. 15-cv-07045 (RMB)**

Dear Judge Berman:

    Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Michael A. Gramins ("Gramins") respectfully submit this letter to ask the Court for an additional 30 days to file a proposed briefing schedule and to move to lift the existing stay. The parties seek this additional time to continue settlement discussions that could result in a resolution of this matter. While the parties have worked in good faith to negotiate, the parties believe that additional time will be required to reach a settlement in principle to propose for the Court's consideration.

    Accordingly, the parties hereby propose that the Court extend the deadline to November 12, 2024 for the parties to submit a proposed briefing schedule on the Commission's proposed remedies along with a joint motion to lift the stay – or, in the alternative, for the parties to report a settlement in principle and to propose next steps to the Court.

                                               Respectfully,

                                               Rua M. Kelly
                                               Senior Trial Counsel

Cc:    Robert S. Frenchman (counsel to Defendant Michael Gramins)